No. 00–6304.  CAMPBELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–6305.  PALMER, AKA BROWN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–6313.  BRANSTON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 00–6317.  MALDONADO *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–6318.  LEACH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–6321.  BROWN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6322.  WASHPUN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–6327.  OKORO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6329.  TYREE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6342.  PEREZ, AKA PEREZ-CHAIREZ *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 00–6346.  PANZERO *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–6353.  LANGLEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–6355.  JACKSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–6356.  KRATZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–6363.  REYES PENA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–6372.  BIXLER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.